83,104-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 30 2015

Abel Acosta, Clerk

4-27-15

To whom it may concern, I Dominic Sims am written in regards of a disturbing situation that has me very affraid and bewildered. I filed an 11.07 writ of habeas corpus to the district clerk of Dallas, Tx on October 21, 2014. I received a court written order stating "The court finds that the issue of whether applicant was denied effective assistance of trial counsel needs to be resolved in the present case. Therefore, pursuant to Article 11.07 § 3(d), this court will resolve the above cited issues and then enter findings of fact." It goes on to say," To assist the court in resolving these factual issues, Ton Massar is ordered to file an affidavit summarizing the actions taken to represent applicant in cause number F10-52320-N and responding to the allegations contained in the instant application for writ of habeas corpus, specifically responding to the following". The following As you can see, are the ineffective claims I have against my trial lawyer. There we'sit in particular that he was ordered to answer to. The court order goes on to say that "Ton Massar is directed to prepare his affidavit in accordance with the guidelines set out in Ex parte Morse, 591 s.w.2d 904 (Tex. Crim. App. 1980). It goes on to say that " Ton Massar is ordered to file said affidavit with the clerk of the 195th Judicial District

→

Court, 133 N. Riverfront Blvd., 7th Floor, Dallas, Texas 75207, within Twenty Days of the signing of this order and to serve a copy of the filed affidavit on the attorney for the state, Jaclyn O'Connor Lambert, Assistant District Attorney - Appellate Division, 133 N. River Front Blvd, 10th Floor, Dallas, Tx 75207. It goes on to say "The clerk of the court is Ordered to send a signed copy of this order to the applicant and to the state, and to serve copies of this order, the state's response, and the habeas application to Ton Massar 810 E. I-30, Suite 100 Garland, Tx 75043 & P.O. Box 190983." It goes on to say "When the affidavit of Ton Massar is received, the clerk is ordered to send a copy of said affidavit to Jaclyn O'Connor Lambert, the attorney for the state, and to applicant. The state and applicant shall file any proposed findings of fact within thirty days after the affidavit of Ton Massar is filed. The clerk of the court is ordered not to transmit at this time any documents in the above-styled case to the court of criminal appeals until further ordered by this court.

Signed this 22 day of October, 2014

Fred Tinsley

presiding Judge

I m written to say I have not received any affidavit, I haven't had any chance to respond to any findings of the fact. I haven't had the chance to challenge anything. So I ask myself, "if this matter hasn't been resolved why did they foward my writ to you guys? My writ was sent to you guys on 4-6-2015.

Please Help.